```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA   )
                           )    M.B.D. NO. 10-MBD-10001
    V.                     )
                           )
John Doe,                  )
a/k/a "Rafael Hernandez"   )
         Defendant.        )

### ASSENTED-TO MOTION TO EXCLUDE TIME

On December 2, 2009, U.S. Magistrate Judge Robert B. Collings issued a finding of probable cause in the matter of United States v. John Doe, a/k/a "Rafael Hernandez", Cr. No. 09-MJ-00551-RBC, on a complaint charging the defendant with making a false statement in an application for a passport, in violation of 18 U.S.C. § 1542. The parties subsequently began good faith discussions regarding resolution of the case by an information rather than by indictment. Those discussions have not yet concluded and, therefore, the government, with the assent of the defense counsel, respectfully moves the Honorable Court to extend by 30 days, to February 4, 2010, the time period in which the government otherwise would be required or inclined to seek an indictment. The parties believe that an extension of 30 days may result in a resolution of the case without the need for indictment. The government further requests that the Court find, under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of the Plan for Prompt Disposition of Criminal Cases of this Court, that the ends of justice served by granting the requested extension outweigh the best interest of the public and the defendant in a speedy

trial and, accordingly, exclude the period of the extension in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney
(617) 748-3105

January 4, 2010

CERTIFICATE OF SERVICE

I, David G. Tobin, Assistant U.S. Attorney, certify that I caused a copy of the government's assented to motion to be served by first-class mail on the defendant's attorney:

William W. Fick, Esquire
Federal Defender Office
District of Massachusetts
51 Sleeper street
Fifth Floor
Boston, Massachusetts 02210

on January 4, 2010.

/s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney